UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

OSCAR VARGAS RAMIRES,

      Petitioner,

      v.

WARDEN,

      Respondent.

CAUSE NO. 3:26-CV-1059-CCB-SJF

## <u>ORDER</u>

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondent to release the petitioner if he was not provided with an individualized bond hearing on or before August 5, 2026. (ECF 8.) The respondent notified the court that the petitioner had a bond hearing on July 31, 2026. (ECF 10.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on August 11, 2026.

                                 */s/ Cristal C. Brisco*
                                 CRISTAL C. BRISCO, JUDGE
                                 UNITED STATES DISTRICT COURT